IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| HUNTER STEVENS ) | |
| SHANE HONAKER ) | |
| DYLAN OSBORNE ) | |
| TAYLOR RATLIFF ) | |
| CORIE M. YATES ) | |
| SHAWN M. SHORT ) | |
| JONATHAN R. OWENS, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | Case No. 1:20cv00027 |
| ) | |
| TOWN OF HONAKER, ) | |
| ) | |
| DEFENDANT. ) | |

## RULE 26(f) REPORT

As required by Federal Rules of Civil Procedure 26(f), counsel for the parties conferred in good faith on August 17, 2020 and hereby file the following discovery plan with the Court:

1. The plaintiff was represented at the telephonic and electronic Rule 26(f) conference by Timothy W. McAfee, and the defendant was represented by W. Bradford Stallard.

2. The parties agreed to make the initial disclosures required by Rule 26(a)(1) within 21 days of the date of this Report.

3. Responses to any discovery served shall be due within 30 days of the Rule 16 scheduling conference. The parties may serve written discovery at any time following the court's scheduling conference on August 19, 2020.

2

4. The parties will begin to engage in the good faith discovery of the issues underlying this cause of action following the scheduling conference.  The parties do not request that this discovery be conducted in phases or limited to any particular issue(s), except that the parties may engage in a first round of interrogatories to parties and requests for production to parties with responses due prior to the taking of its depositions by oral examination.

5. Initial disclosures and discovery responses may be made, served, and exchanged electronically.

6. The parties will exchange stored information electronically.

7. The parties agree that they will respond to requests for production of documents by producing the documents and by specifically identifying which documents are responsive to a particular request or requests.

8. The parties do not request any changes to the discovery procedure mandated by the Federal Rules of Civil Procedure, other than those previously addressed herein.

9. At this time, the parties do not request that any other orders be issued under Federal Rule of Civil Procedure 16(b) or (c), or 26(c).

10. The parties anticipate the case will require two (2) days for trial and that the case will be prepared for trial after June 2021.

3

          HUNTER STEVENS
          SHANE HONAKER
          DYLAN OSBORNE
          TAYLOR RATLIFF
          CORIE M. YATES
          SHAWN M. SHORT
          JONATHAN R. OWENS

          By Counsel

Timothy W. McAfee
McAfee Law Firm, PLLC
408 Wood Avenue E
P.O. Box 610
Big Stone Gap, VA 24219
Telephone: (276) 523-5300
Fax: (540) 301-5777


By  */s/ Timothy W. McAfee*
     Timothy W. McAfee


          TOWN OF HONAKER

          By Counsel

W. Bradford Stallard
 VSB No. 28149
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/628-5621
bstallard@pennstuart.com

By *W. Bradford Stallard*
     W. Bradford Stallard

4

## CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                                          */s/ W. Bradford Stallard*
                                                            W. Bradford Stallard